UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re   JETBLUE AIRWAYS CORP.
PRIVACY LITIGATION,

JUDGMENT
04-MDL- 1587 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 2005 ★
P.M. _____
TIME A.M. _____

----------------------------------------------------------------X

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 1, 2005, granting defendants' Rule 12(b)(6) motions to dismiss on the grounds that plaintiffs' have failed to state a federal cause of action under the ECPA, that plaintiffs' state law claims are federally preempted, and that plaintiffs' have failed to state any claim under state law; it is

ORDERED and ADJUDGED that judgment is hereby entered granting defendants' Rule 12(b)(6) motions to dismiss on the grounds that plaintiffs' have failed to state a federal cause of action under the ECPA, that plaintiffs' state law claims are federally preempted, and that plaintiffs' have failed to state any claim under state law.

Dated: Brooklyn, New York
       August 01, 2005

ROBERT C. HEINEMANN
Clerk of Court